May 22, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

GROUND FORCE CONSTRUCTION, LLC, GROUND FORCE
MANAGEMENT, INC., AND GROUND FORCE HOLDINGS, LP, Appellants

NO. 14-13-00649-CV                                         V.

COASTLINE HOMES, LLC, Appellee

_____

This cause, an appeal from the order denying appellants' motion to compel arbitration signed July 5, 2013, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the trial court's order **REVERSED** and **RENDER** judgment ordering arbitration of the underlying dispute, and **REMAND** the cause for proceedings in accordance with the court's opinion, including the grant of an appropriate stay.

We further order that all costs incurred by reason of this appeal be paid by appellee, Coastline Homes, LLC.

We further order this decision certified below for observance.